UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH R. LEON,

          Petitioner,

   v.

LAURIE SMITH,

          Respondent.

Case No.  21-cv-03720-VC

**ORDER DENYING AS MOOT MOTION FOR ORDER DISCHARGING PETITIONER FROM CUSTODY; DIRECTIONS TO CLERK**

Re: Dkt. No. 33

Joseph R. Leon, a pre-trial detainee, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 asserting a claim of excessive bail. The petition was conditionally granted on March 25, 2022, as follows: "[t]he petition shall issue if the superior court does not hold a constitutionally compliant bail hearing within 21 days from the date of this order." Dkt. No. 31 at 13. The respondent was also directed to a file a report within 25 days on whether a bail hearing was held and, if it was, the result of the hearing. *Id*. at 14. On April 15, the respondent filed a status report notifying the court that a bail hearing was held in the superior court on April 8, and stating that the superior court took the matter under submission and would issue a written ruling by April 29. Dkt. No. 32. Leon subsequently filed a motion to be discharged from custody arguing that the superior court did not issue a ruling within the time prescribed. Dkt. No. 33. The respondent has since filed a second status report indicating that on April 29 the superior court issued an oral ruling on the April 8 bail reduction hearing. Dkt. No. 34 at 1. The superior court reduced bail to $50,000 and ordered Leon's release subject to various conditions, as evidenced by the minute orders from the hearing. Dkt. Nos. 34-1 & 34-2.

It appears from the respondent's filings that the superior court complied with this court's

directive to hold a bail hearing within the time prescribed. It appears that Leon was ordered

released by the Santa Clara County Court on April 29, 2022. Dkt. No. 34-2 at 2. It also appears

that Leon signed and agreed to the conditions of his release. *Id*. Leon's motion to be discharged

from custody is, therefore, denied as moot. Because Leon has been granted relief in compliance

with the court's March 25 order, this case should now be closed.

The clerk shall terminate docket number 33 and close the case.


**IT IS SO ORDERED.**

Dated: May 19, 2022

VINCE CHHABRIA
United States District Judge